```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  LISABETH SHINER
    Special Assistant United States Attorney
 6  California Bar Number 151792
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-6528
 9       Facsimile: (213) 894-7177
         E-mail: Lisabeth.Shiner@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. 2:08-cv-05190-FMC-RZx |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFAULT JUDGMENT OF FORFEITURE** |
| $10,800.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

On August 7, 2008, plaintiff United States of America ("the government") filed a Verified Complaint for Forfeiture alleging that the defendant $10,800.00 in U.S. currency (hereinafter referred to as "defendant currency"), is subject to forfeiture under 21 U.S.C § 881(a)(6).

On November 4, 2008, a Default by Clerk was entered against the interests of Dwight Nelson and all other potential claimants.

/ / /

1 | The Court having been duly advised of and having considered the
2 | matter,
3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
4 | 1.  This Court has jurisdiction over the subject matter of this
5 | action and over the parties.
6 | 2.  The Complaint for Forfeiture states a claim for relief
7 | pursuant to 21 U.S.C § 881(a)(6).
8 | 3.  Notice of this action has been given in the manner required
9 | by law.  No appearances were made in this action by any claimants.
10 | The Court deems that all potential claimants, including Dwight Nelson,
11 | admit the allegations of the Verified Complaint for Forfeiture to be
12 | true.
13 | 4.  A default judgment shall be and is hereby entered against
14 | the interests of all potential claimants, including Dwight Nelson, in
15 | the defendant currency.
16 | 5.  The defendant currency shall be and is hereby forfeited to
17 | the United States of America, which shall dispose of the defendant
18 | currency in the manner required by law.

20 | 6.  The Court finds there was reasonable cause for the seizure
21 | of the defendant and this judgment shall be construed as a certificate
22 | of reasonable cause under 28 U.S.C. § 2465.
23 | DATED: January 13, 2009

_____
HONORABLE FLORENCE-MARIE COOPER
United States District Judge